In re: Bordelon, Tommy; — Plaintiff; Applying for Supervisory and/or Remedial *165 Writs, Parish of Avoyelles, 12th Judicial District Court Div. A, Nos. 117,139; to the Court of Appeal, Third Circuit, No. KH 06-01473.
NOTICE OF RECUSAL
In accordance with LSA-C.C.P. art. 152(D), I provide this notice of recusal. I am recusing myself pursuant to LSA-C.C.P. art. 151(B)(4) and LSA-C.Cr.P. art. 671(A)(2) because I am related to a prosecutor in this case.
/a/ Jeannette T. Knoll Justice Jeannette Theriot Knoll
KNOLL, J., recused.